FILED

11/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0369

_____

PARKER NOLAND,

       Plaintiff and Appellant,

   v.

STATE OF MONTANA, MONTANA PUBLIC
SERVICE COMMISSION, JAMES BROWN,
in his official capacity as President of the
Montana Public Service Commission,
BRAD JOHNSON, in his official capacity
as Vice-President of the Montana Public
Service Commission, and RANDY PINOCCI,
TONY O'DONNELL, and JENNIFER FIELDER
in their official capacities as Commissioners
of the Montana Public Service Commission,

       Defendants and Appellees,

EVERGREEN DISPOSAL, INC.,

       Intervenor and Appellee.

                          O R D E R

_____

     Upon consideration of Appellant Parker Noland's motion for extension of time, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant has until January 31, 2025, to prepare, file, and serve the reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2024